**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
80 North Hughey Avenue
Orlando, Florida 32801
407-835-4200
www.flmd.uscourts.gov

03-60114
CIV-MARTINEZ

Sheryl L. Loesch
Clerk

Laura Barsamian
Orlando/Ocala Division Manager

DUBE

FILED by D.C.
2003 JAN 28 PM 3:27
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIA

January 24, 2003

**JOE N. WALLACE,**

**Plaintiff,**

**-vs-** **Case No.: 6:03-cv-56-Orl-19JGG**

**STEVE SPARKMAN, ET AL.,**

**Defendants.**

---

## TRANSMITTAL OF RECORD TO ANOTHER DISTRICT

The above-referenced case has been transferred to your District pursuant to an Order signed by United States District Judge Patricia C. Fawsett on January 24, 2003.

Enclosed is the entire record, transfer Order, a certified copy of the docket sheet, and an extra copy of this letter. It is requested that you date stamp the copy, complete the portion below, and return it in the envelope provided.

SHERYL L. LOESCH, CLERK

By: M. Pleicones, Deputy Clerk

Receipt of the documents described above is hereby acknowledged.

New Case Number: ______________________

Date of Receipt: ______________________

By: ______________________

2/1k

03-60

CIV-MARTINEZ

CLOSED JGG

U.S. District Court
Middle District of Florida (Orlando)

CIVIL DOCKET FOR CASE #: 03-CV-56

MAGISTRATE JUDGE DUBE

Wallace v. Sparkman, et al
Assigned to: Judge Patricia C. Fawsett
Demand: $0,000
Lead Docket: None
Dkt# in other court: None

Filed: 01/15/03

Nature of Suit: 440
Jurisdiction: Federal Question

Cause: 42:1981 Civil Rights

FILED BY D.C.
2003 JAN 28 PM 1:26
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA-MIA

JOE N. WALLACE
plaintiff

Joe N. Wallace
[COR LD NTC] [PRO SE]
2205 E. 42nd St.
Savannah, GA 31324
912/233-8485

v.

STEVE SPARKMAN, Hollywood
Police Department
defendant

Broward
~~Dade~~
03CV60114
JEM Dube

MIAMI POLICE DEPARTMENT
defendant

WEST PALM BEACH POLICE
DEPARTMENT
defendant

POLICE DEPARTMENT OF DADE
COUNTY
defendant

POLICE DEPARTMENTS OF PALM
BEACH COUNTY
defendant

ELIZABETH WALLACE
defendant

GLORIDA GRANT

defendant

NATASHA GIVENS
defendant

JOE GIVENS
defendant

LELA GIVENS
defendant

BROWARD COUNTY POLICE
DEPARTMENT
defendant

JACKSONVILLE POLICE DEPARTMENT
defendant

Proceedings include all events.
6:03cv56 Wallace v. Sparkman, et al CLOSED
JGG

| | | |
|---|---|---|
| 1/15/03 | 1 | COMPLAINT alleging violation of civil rights filed. Filing fee $150.00 - Receipt #10584 (nrs) |
| 1/15/03 | -- | MAGISTRATE JUDGE CASE ASSIGNMENT Magistrate assigned: James G. Glazebrook (nrs) |
| 1/15/03 | -- | SUMMONSES issued for Steve Sparkman, Miami Police Depart, West Palm Beach PD, Dade County PD, Palm Beach County PD, Elizabeth Wallace, Glorida Grant, Natasha Givens, Joe Givens, Lela Givens, Broward County PD, Jacksonville PD . Consent(s) issued. (nrs) |
| 1/23/03 | 2 | ORDER transferring case to the Southern District of Florida.( Signed by Judge Patricia C. Fawsett ) ctc (maa) [Entry date 01/24/03] |
| 1/24/03 | -- | TRANSFER to Southern District of Florida. (maa) |

United States of America
Middle District of Florida (Orlando) Division
ALL Other Districts that Make up the
State of Florida

Defendants
Steve Sparkman Holwd Pol Dept
Hollywood Police Dept.
3250 Hollywood Blvd
Hollywood FL 33021
Broward County

Plaintiffs
Joe N. Wallace
c/o 2205 East 42nd St
Savannah Ga 31404

P.O. Box 882
Richmond HiLLGA 31324
Physical & P.O. Box

Phone 912-233-8435
912-233-5021

pageR (912) 421-7286

Complaint
Disruption of Job, Business and
Lifecycle, Family envolement

3

United States of America
Middle District of Florida
ALL other Districts that Make of the
State of Florida

Plaintiffs
~~Additi~~
Joe N Wallace

Defendants
additions
Miami Police Dept
West Palm Bch Police Dept
Police Depts of Dade County
Police Depts of Palm Bch County
~~Tampa Police Dept~~

Sister) Elizabeth Wallace ~~Elizabeth~~ Sav Ga
Glorida Grant Sav Ga
Natasha Givens Sav Ga
Joe Givens Sav Ga
Lela Givens Sav Ga

2

additions To Front Cover

Plaintiffs
Joe N Wallace
2205 East 42nd St
Sav Ga. 31404

Ft Lauderdale Pol Dept
1300 Broward Blvd 33301

Defendants
Steve Sparkman [illegible]
Hollywood Police Department
5250 Hollywood Blvd
Hollywood Florida 33021
addition Broward County Police Dept
Miami Police Department
Dade County Pol Dept
West Palm Bch Police Department
Palm Bch Police Department

West Palm Bch Pol Dept
3228 Gun Club Rd
P.O. Box 24681
West Palm Bch FL 33416-4681
ph (561) 688,3000

Miami FL Pol Dept
5555 East 8th St
Hialeah FL

Jacksonville Pol Dept

I Joe Nathan Wallace Swear that this complaint of Life or Livelyhood was disrupted, dethroned and abused From the time I was arrested, April 13, 1998 TO this day September 10, 2002 when I was Taken Into custody, arrested FOR Something I didnot do. I was acused of taking about (3) Three dollars worth of food From the Hollywood Blvd Publix food Store, and thrown In Jail by MR Steve Sparkman and two others people that could have been employees of the Store. The food I had In my Suit coat pocket I didnot realize I still had It there upon entering the store, a happit since I always seem to ~~come~~ enter Into every business Building with Long Lines. I Taught school, Sub High school In Ft Lauderdale, I went there to Teach, Start A business and get Married, when I Left Sav Ga In which I had A Recording Studio FOR about 6 years, after Learning to play (3) Intruments professionally Piano and Both Guitars, after graduating From Savannah State College with a degree In Business. I didnot do either of the above because of disruption and abuse.

Since April 1998 I've either Live In My Apartments Hotels, ~~[illegible]~~ A few Residents, Business office Church Facilityes and From Time To Time A few days at shelters and In between I did what I could to survived during day and Night. I've been ~~Liable~~ Homeless and went thru all Agency to try to survive without Full cooperation ~~on~~ From the Living Facity For more and A few days. (2) TWO Weeks was the Longestest, without adequate results.

I've Had to live outdoors with what I had and shund or abused while doing so, and during the entire time I was ~~[illegible]~~ trying to get reinstatment on my Job, find adequate work educate my self and ~~most~~ the rest of the time Living A Nightmare because of not working, Living Lost In Hollywood where I ~~live~~ moved to after Leaving Ga, I was stun and shock day after day.

I Lived ~~at~~ 2537 Lincoln St In Hollywood FL. 1237 110 St In Miami FL, 1120 North Dixie Highway In West Palm Bch FL, Just A few of the above places I mention.

4

I've had to Leave and come back to either Broward my Home after Leaving Ga or to West Palm Bch or Miami and I've been to Sav Ga back and forth since April 99 to Jan 2003 and ~~still~~ always Leaving and winding up In Orlando the same to when I first Left Ga or to Tampa FL Augusta Ga, Jacksonville FL, Gainsville FL, Ocala. Just few of Places Between Florida Ga and South Carolina.

I Am deep Hurt because of the mishap and I have not Live Like other Humans Since I've been In Hospitals, went To Doctors church Facility and other Business Facility that Help the Public, Dept of Children, Housing to try to stay healthy and keep up my appearance which IS tiresome ~~~~ going From city to city, State to State and people to people for Help and Not ever geting most of what you need. I've been arrested several other times by Hollywood PoL Dept, Broward Blvd PoL, West Palm PoL Dept, Miami PoL Dept and harrassed by ~~PoL~~ other Police Dept all ~~other~~ over the state of Florida, & Ga.

My Last address before Now 945 Liberty St In Jacksonville and P. O. Box 10104 Spring Park Branch 32247, Left me disorganized, disrupted

Shuck and bewi ered after Leaving Augusta Ga Saving to come back to Florida and about end of my Filing which I file This Law Suit In Broward County, which was sent over to Miami I had hope to be Living In my own Apartment with transportation so I could aid and abet my Law suit Claim,

I was Told that by the clerk and the Letter said my Law Suit was closed. I gave them my Mailing address either send all mail to 2008 Siem Place Sav Ga and to my P. O. Box In Jacksonville 10104, I Held on to the P.O. Box and I should have gotten any mail sent out, I Lable the Filing 2537 Lincoln St but because that was my address at time I First was arrested, but gave them the two (2) address above for all Mail to be Sent. Mailing address was on two (2) different Sheets of paper.

I'm not Living In Jacksonville because the incidents that happen to me at the Liberty Center Sent me to the Hospital or Doctor and Left me without a grato some of money that I had to aid my seft toward Living Like A Human Being. I've Tried seek help

men and woman expecially after I Lost my Fiancee ~~In~~ Between Miami and Broward and every I did was to ~~try~~ to what I came to Florida to do Start also A Record Company and Branch off Into Motion Pictures thats why I'm so drain. Those men and woman, most In all Faze of Business, Church Community envolvement, Transportation, help cause at one time or another, a contnuation of disruption of my Livelyhood and Life cycle.

I file on Sept 10, ~~[illegible]~~ 2002 In Broward County For the Sum of 999, Billion 999 Million, 999 Thousand, 999 dollars. (999, 999, 999, 999.00.)

I'm For The Same Sum Here In Orlando foR 999, Billion, 999 Million, 999 Thousand, 999 dollars (999, 999, 999, 999.00) and asking For A Settlement In Six more Months The address For mail on ~~[illegible]~~ cover and every other place That can put

The Amount Stated Again Is Nine Hundred & Ninty Nine Billion, ~~999~~ Nine Hundred & Ninty Nine Million, Nine Hundred & Ninty Nine Thousand and Nine Hundred & Ninty Nine dollars.

The People Summons In the Law Suit

Joe N Wallace V MR Steve Sparkman Hol Pol Dept
Hollywood Police Department

Joe N Wallace 2205 East 42nd St Sav Ga 3140[illegible]

MR Steve Sparkman Hollywood Pol Dept
3250 Hollywood Blvd Holwd Florid
33021
Hollywood Police Department
3250 Hollywood Blvd Holwd FL
33021

(Sister) Elizabeth Wallace 2205 East 42nd St Sav Ga 314[illegible]

Gloria Grant 2008 Slem Place Sav Ga 3140[illegible]

Natasha Givens 72 Belmount Road Sav Ga 3140[illegible]

Joe Givens 2001 East 50th St Sav Ga 31406

Lela Givens 2001 East 50th St Sav Ga 31406

Upon Hearing Miami Police Dept
Broward Police Dept
West Palm Bch Pol Dept




P.O Box
Before 1905 Augusta Ga

Joe N Wallace Address before Leaving Jacksonville FL

(NOW) 2205 East 42nd St Sav Ga 31404 Mailing Address

Social Security No.




[redacted]

Addr

Arrest 1998 April

2537 Lincoln St

Hollywood FL 33321

Address Last Given on Filing

2008 Slem Place

Sav Ga 31404 Sav Ga 31404

Joe N Wallace
NAME

2205 East 42nd St
Street Address

Savannah Ga 31404
City State Zip Code

1(912) 233-8485
Telephone Number